LAW OFFICE OF
JESSE M. SIEGEL
251 East 61st Street
New York, New York 10065

Tel (212) 207-9009

Fax (212) 486-7701



USDC...
DOC...
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-20-08

August 19, 2008

**BY FAX: 212-805-7911**

Hon. John F. Keenan, District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Harith Al-Jabawi*, S1 07 CR 1145 (JFK).

Dear Judge Keenan:

As counsel to the defendant Harith Al-Jabawi, we respectfully request the Court modify our client's bail conditions, by expanding his travel authorization to include the District of New Jersey and the Eastern District of Pennsylvania. Mr. Al-Jabawi is free on a $500,000.00 PRB, co-signed by two financially-responsible individuals and secured by $20,000.00 in cash. His travel is currently restricted to the Southern and Eastern Districts of New York. We have spoken with A.U.S.A. Loyaan A. Egal, and the government does not oppose this modification.

Mr. Al-Jabawi seeks authorization to travel to Pennsylvania periodically in order to visit his sister, Haifa Hussain, her husband, Dr. Tarek Hussain, and their children. In particular, Dr. and Mrs. Hussain are hosting the wedding of their son, Mr. Al-Jabawi's nephew, on August 30th, and most of Mr. Al-Jabawi's very large extended family (he has thirteen siblings) will be traveling there at the beginning of next week. He seeks permission to travel to New Jersey because, as a resident of the Bronx, he is used to shopping and socializing there; northern New Jersey is, in fact, much closer to his home than many parts of the Southern District of New York. Also, he has to travel through New Jersey to get to Pennsylvania.

Thank you for your attention to this application.

Very truly yours,

Jesse M. Siegel

cc. A.U.S.A Loyann A. Egal

*Application Granted*

*So ordered*
*August 20, 2008* John F. Keenan
U.S.D.J.